[No. 54878-6-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. DOMINIC TARAVES RICHMOND, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07269-7, Robert H. Alsdorf, J., entered August 30, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 54974-0-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. CLIFFORD A. GOURLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 03-1-01368-9, Kenneth L. Cowsert, J., entered September 13, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55175-2-I.   Division One.   October 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND RAY PUGH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-00994-1, Sharon S. Armstrong, J., entered November 1, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55201-5-I.   Division One.   October 3, 2005.]

*In the Matter of the Marriage of* MARY BENSON, *Respondent*, and LONNIE BENSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-3-07405-1, William L. Downing, J., entered October 22, 2004. *Remanded* by unpublished per curiam opinion.